UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                        :

UNITED STATES OF AMERICA,            :

            -v-                         :          No. 13-cr-115 (RA)

JAMES TAGLIAFERRI,                   :          <u>ORDER</u>

                   Defendant.     :

-----------------------------------------------------------X

RONNIE ABRAMS, United States District Judge:

       The Court received by mail Defendant's motion to reduce restitution dated May 24, 2024, along with a supporting memorandum of law, declaration by Mr. Tagliaferri, and corresponding exhibits. The Court redacted personal information from those documents in accordance with Southern District of New York policy and the Federal Rules of Criminal Procedure, then filed them on the electronic docket. *See* Electronic Case Filing Rules & Instructions, available at https://nysd.uscourts.gov/sites/default/files/pdf/ecf_rules/ECF%20Rules%20042423%20FINAL.pdf; Fed. R. Crim. P. 49.1.

       No later than July 1, 2024, the Government shall reply to Defendant's motion.

SO ORDERED.

Dated:       June 17, 2024
               New York, New York

                                                             Ronnie Abrams
                                                             United States District Judge