

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 28, 2024

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
June 28, 2024

**BY ECF**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. James Tagliaferri*, 13 Cr. 115 (RA)

Dear Judge Abrams:

   The Government respectfully writes to request a 30-day extension of time to reply to James Tagliaferri's motion regarding his restitution payments (the "Motion"). (Dkt. 262). Tagliaferri filed the Motion on June 17, 2024 and the Court ordered the Government to respond by July 1, 2024. (Dkt. 265). The Government, however, is still in the process of gathering information and documents, including from a third party, in order to properly respond to the Motion and will not have this information by July 1, 2024. Accordingly, the Government respectfully requests a 30-day extension of time to reply to the Motion.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _s/_____
Meredith Foster
Assistant United States Attorney
(212) 637-2310

cc:   James Tagliaferri (by mail)