UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JAMES TAGLIAFERRI,<br><br>Defendant. | No. 13-CR-115<br><br><u>ORDER</u> |

RONNIE ABRAMS, United States District Judge:

On August 30, 2024, the Government advised the Court that it was awaiting confirmation from the Treasury Department that Mr. Tagliaferri's refund had been effectuated and requested thirty days to provide a status update. No such update has yet been provided. The Government shall do so no later than October 31, 2024.

SO ORDERED.

Dated:   October 18, 2024
         New York, New York

_____
Ronnie Abrams
United States District Judge