UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JAMES TAGLIAFERRI,<br><br>                    Defendant. | No. 13-CR-115<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On October 18, 2024, the Court issued an Order directing the Government to provide an update by October 31, 2024, confirming that Mr. Tagliaferri's refund had been effectuated by the Treasury Department. Mr. Tagliaferri has since notified the Court that he has received a refund from the Treasury, but is concerned that his account "could be considered delinquent and placed in default status" since "no new payment plan has been put forth either by DOJ or the Court." The Government shall respond and propose next steps no later than October 31, 2024.

SO ORDERED.

Dated:   October 21, 2024
         New York, New York

_____
Ronnie Abrams
United States District Judge